**LOANCARE**

December 22, 2023

Shirley Dailey
[REDACTED]
Philadelphia, PA [REDACTED]

P111T5633   S

Re: NOTICE OF DATA BREACH

Dear Shirley Dailey:

We are writing to notify you of a recent event that may have impacted your personal information. At this time, we have no indication of fraudulent use of your personal information as a result of this incident. Nevertheless, we are notifying you out of an abundance of caution to explain the circumstances as we understand them and the resources we are making available to you.

**What Happened?**

On or about November 19, 2023, LoanCare, LLC ("LoanCare"), which performs or has performed loan subservicing functions for your mortgage loan servicer, became aware of unauthorized access to certain systems within its parent's, Fidelity National Financial, Inc. ("FNF"), information technology network. Upon becoming aware of the incident, FNF commenced an investigation with the assistance of third-party experts, notified certain law enforcement and governmental authorities, and began taking measures to assess and contain the incident. The incident has been contained.

The investigation has determined that an unauthorized third party exfiltrated data from certain FNF systems. As part of the review of the potentially impacted data, LoanCare identified that some of your personal information may have be[en] [a]mong that data. It is important to note that we have not identified any fraudulent use of your personal information [as a] [re]sult of this incident.

**[W]hat Information Was Involved?**

[Bas]ed on our investigation, we understand that your Name, Address, Social Security Number, and Loan Num[ber]
[were obta]ined by the unauthorized third party.