## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**SHIRLEY DAILEY,** *individually and on behalf of all others similarly situated*,

   Plaintiff,

v.

**CITRIX SYSTEMS, INC. and LOANCARE, LLC,**

   Defendants.

Case No. 0:24-cv-60038

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Shirley Dailey ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: January 30, 2024.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow, FBN 121452
Steven Sukert, FBN 1022912
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

William "Billy" Peerce Howard, FBN 103330
**THE CONSUMER PROTECTION FIRM, PLLC**
301 East Jackson Street, Suite 2340
Truist Place
Tampa, FL 33602
Telephone: 813-500-1500
billy@TheConsumerProtectionFirm.com

Bart D. Cohen
**BAILY & GLASSER, LLP**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-274-2103
bcohen@baileyglasser.com

Mariya Weekes, FBN 56299
**MILBERG COLEMAN BRYSON LLIPS GROSSMAN LLC**
201 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (786) 206-9057
mweekes@milberg.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 30th day of January, 2024.

*/s/ Jeff Ostrow*_____
Jeff Ostrow